**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Pamela Mack, Virgil Shell, Johnny Dickerson, and John Doe, Defendants,

Of whom Johnny Dickerson is the Appellant,

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-000815

———————————

Appeal From Lexington County
Michelle M. Hurley, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-363
Submitted September 15, 2014 – Filed October 15, 2014

———————————

**AFFIRMED**

———————————

John Clark Phillips, Jr., of the Law Office of John C. Phillips, Jr., of Columbia, for Appellant.

Lillia Ann Gray, of the South Carolina Department of Social Services, of Lexington; and Sheryl Annette Sauls, of Chapin, for Respondent.

Robin Page, of the Law Office of Robin Page, LLC, of Columbia, for Guardian ad Litem.

---

**PER CURIAM:**  Johnny Dickerson appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.